Bertha E. Nahe, Individually and as Administratrix with the Will Annexed, etc., of Louise E. Nahe, Deceased, Appellant, v. Henry J. Bauer and Others, Defendants, Impleaded with Clark D. Rhinehart, Respondent.  (Actions Nos. 1 and 2.) — Motion for reargument denied.  Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

The People of the State of New York ex rel. Max Brown, Relator, v. James G. Tighe, a Magistrate of the City of New York, Respondent.— Motion denied, without costs.  Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Winfield S. Taylor and Another, Respondents, v. Bernard F. Guinan, Appellant. — Motion for leave to appeal to the Court of Appeals denied, on the ground that such leave is not necessary.  Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Bant Tishman, Appellant, v. Becky Lebendiger, Respondent.— Motion for reargument denied, with ten dollars costs.  Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Village of Haverstraw, Respondent, v. J. Esler Eckerson and Others, Appellants.  (Warren Avenue Case.)  Village of Haverstraw, Respondent, v. J. Esler Eckerson and Others, Appellants.  (Jefferson Street Case.) — Motion granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Mary V. M. Zint, Appellant, v. Cornelius Mulligan and Others, as Executors, etc., Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals denied.  Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Joseph L. Adams, Respondent, v. Merrill B. Williams, Appellant.— Judgment of the Municipal Court affirmed, with costs.  No opinion.  Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Brooklyn Union Coal Company, Respondent, v. James Lyons, Incorporated, and Frank Lyons, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Louis Burstein, Respondent, v. George Breng and Others, Appellants.— If this action were to be deemed one to recover for fraud and deceit we think it could not be maintained.  It seems to us, however, that it may be treated as an action to recover the amount paid upon the ground of failure of consideration for the contract arising out of mutual mistake of the parties in connection with the subject-matter thereof.  Judgment of the Municipal Court affirmed, with costs. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Maria E. Church, Respondent, v. Samuel Church, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

Solomon Cohen, Appellant, v. Ray Reisenberger, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that plaintiff's employment and defendant's liability and its scope, together with any question of damages, should have been left to the jury. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.